BURNHAM *v.* NORTH BRITISH & MERCANTILE INSUR-ANCE CO.

GARNISHMENT—INTERPLEADER.

Case ruled by *Burnham* v. *Home Insurance Co.*, 119 Mich. 588.

Error to Charlevoix; Corbett, J. Submitted February 7, 1899. Decided June 29, 1899.

Garnishment proceedings by James K. Burnham, Frede-rick C. Stoepel, and others, copartners as Burnham, Stoepel & Co., against the North British & Mercantile Insurance Company, as garnishee of Neil Gallagher. William J.

Quan was interpleaded as a claimant under an alleged prior assignment. From a judgment for plaintiffs, claimant and the garnishee bring error. Affirmed.

*Remy & Mann* and *Dart & Dart*, for appellants.

*Pratt & Davis* (*Geer & Williams* and *J. H. Cole*, of counsel), for appellees.

PER CURIAM. This case does not differ in any material respect from that of *Burnham* v. *Home Ins. Co.*, 119 Mich. 588. The questions involved are discussed in the opinion in that case.

The judgment is affirmed